UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA

'11 OCT 11 P2:41

FILED
US DISTRICT COURT CLERK
WESTN. DIST. KENTUCKY

INDICTMENT

v.

NO. 5:11CR45-R

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 841(b)(1)(D)
21 U.S.C. § 846
21 U.S.C. § 853

**MICHAEL BROWN**
**JONATHAN DREW**
**DONNIE FORD**
**CURTIS HAMILTON**
**JAMES HARDIN**
**QUINTON SHUMPERT**
**PIMPFUNTA STORY**
**MICHAEL TAYLOR**
**JOHNNY THOMAS**

The Grand Jury charges:

## COUNT 1

From in or about and between June 1999, to in or about June 2011, in the Western

District of Kentucky, McCracken County, Kentucky, and elsewhere, the defendants, **MICHAEL**

**BROWN, DONNIE FORD, PIMPFUNTA STORY, MICHAEL TAYLOR** and **JOHNNY**

**THOMAS,** conspired and agreed with each other and with other persons, both known and

unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to

distribute 280 grams or more of a mixture and substance containing cocaine base, commonly

known as "crack," a Schedule II controlled substance as defined in Title 21, United States Code,

Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 2

From on or about and between April 13, 2011, to on or about May 17, 2011, in the

Western District of Kentucky, McCracken County, Kentucky, and elsewhere, the defendants,

**JAMES HARDIN** and **PIMPFUNTA STORY,** defendants herein, conspired and agreed with

each other and with other persons, both known and unknown to the Grand Jury, to knowingly and

intentionally distribute and possess with intent to distribute a mixture and substance containing a

detectable amount of cocaine hydrochloride, a Schedule II controlled substance as defined in

Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section

841(a)(1).

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 3

From in or about and between June 2010, to in or about June 2011, in the Western

District of Kentucky, McCracken County, Kentucky, and elsewhere, the defendants,

**JONATHAN DREW, CURTIS HAMILTON, JAMES HARDIN, QUINTON SHUMPERT,**

**PIMPFUNTA STORY** and **MICHAEL TAYLOR,** conspired and agreed with each other and

with other persons, both known and unknown to the Grand Jury, to knowingly and intentionally

distribute and possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance as defined in Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(D).

### NOTICE OF FORFEITURE

If convicted of any of the crimes charged in this Indictment, as set forth above, or of any violation of Title 21, United States Code, Section 841(a), the defendants, **MICHAEL BROWN, JONATHAN DREW, DONNIE FORD, CURTIS HAMILTON, JAMES HARDIN, QUINTON SHUMPERT, PIMPFUNTA STORY, MICHAEL TAYLOR** and **JOHNNY THOMAS,** or any one of them, shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of any such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.

FOREPERSON

DAVID J. HALE
UNITED STATES ATTORNEY

DJH:LF:9/6/11

3

UNITED STATES OF AMERICA v. **MICHAEL BROWN, ET AL.**

## **P E N A L T I E S**

Count 1: NL 10 yrs./NM Life/$4,000,000/both/NL 5 yrs. Supervised Release
(With one prior felony drug conviction: NL 20 yrs./NM Life/$8,000,000/both/NL 10 yrs. Supervised Release)
(With two or more prior felony drug convictions: Mandatory life without release)

Count 2: NM 20 yrs./ $1,000,000/both/NL 3 yrs. Supervised Release.
(With one or more prior felony drug convictions: NM 30 yrs./$2,000,000/both/NL 6 yrs. Supervised Release)

Count 3: NM 5 yrs./$250,000/both/NL 2 yrs. Supervised Release.
(With one or more prior felony drug convictions: NM 10 yrs./$500,000/both/NL 4 yrs. Supervised Release)

Forfeiture

## **N O T I C E**

### **ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses
committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless
the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the
United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains
unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

    1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

        For offenses occurring after December 12, 1987:

        No **INTEREST** will accrue on fines under $2,500.00.

        **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate
        in effect at the time of sentencing. This rate changes monthly. Interest accrues
        from the first business day following the two week period after the date a fine is
        imposed.

        **PENALTIES** of:

        10% of fine balance if payment more than 30 days late.

        15% of fine balance if payment more than 90 days late.

    2.     Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.   Continuous **GARNISHMENT** may apply until the fine is paid.
If you **WILLFULLY** refuse to pay your fine, you shall be subject to an
**ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid
balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18
U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to
make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. §
3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.   That you deposit the entire fine amount (or the amount due under an installment
schedule during the time of your appeal) in an escrow account with the U.S. District
Court Clerk, or

2.   Give bond for payment thereof.

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be
made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:          Clerk, U.S. District Court
                     106 Gene Snyder U.S. Courthouse
                     601 West Broadway
                     Louisville, KY 40202
                     502/625-3500

BOWLING GREEN:       Clerk, U.S. District Court
                     120 Federal Building
                     241 East Main Street
                     Bowling Green, KY 42101
                     270/393-2500

OWENSBORO:           Clerk, U.S. District Court
                     126 Federal Building
                     423 Frederica
                     Owensboro, KY 42301
                     270/689-4400

PADUCAH:             Clerk, U.S. District Court
                     127 Federal Building
                     501 Broadway
                     Paducah, KY 42001
                     270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN 85

No. 5:11CR45R

# UNITED STATES DISTRICT COURT
### Western District of Kentucky
### Paducah Division

## THE UNITED STATES OF AMERICA
#### vs.
### MICHAEL BROWN; JONATHAN DREW

### DONNIE FORD; CURTIS HAMILTON; JAMES

### HARDIN; QUINTON SHUMPERT; PIMPFUNTA

### STORY; MICHAEL TAYLOR; JOHNNY THOMAS

## INDICTMENT
## Title 21 U.S.C. §§ 846; 841(b)(1)(A);
## 841(b)(1)(C); 841(b)(1)(D):
## Conspiracy to Distribute and Possess Cocaine
## Base, Cocaine Hydrochloride, and Marijuana.

*A true bill.*



*Foreman*

*Filed in open court this* 11th day, *of* October, A.D. 2011.

*Bail, $*



FILED

OCT 1 1 2011

VANESSA L. ARMSTRONG
BY_____ DEPUTY CLERK