

# Case Assignment
# Standard CriminalAssignment

Case number **5:11CR-45-R**

Assigned : Chief Judge Thomas B. Russell
Judge Code : 4413

Assigned on 10/11/2011

[Request New Judge] ..... [Return]

*JPA*