UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA     '11 OCT 11 P2:43     PLAINTIFF



vs.     US DISTRICT COURT CL. WESTN DIST. KENTUCK:     5:11CR45-R

MICHAEL BROWN, ET AL.     DEFENDANTS

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Larry Fentress hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

DAVID J. HALE
United States Attorney

/s/ Fentress

Larry Fentress
Assistant United States Attorney
510 West Broadway, Tenth Floor
Louisville, Kentucky 40202
Phone: (502) 582-6772
FAX: (502) 582-5067
Email: larry.fentress@usdoj.gov