UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

'11 OCT 11 P2:42

UNITED STATES OF AMERICA                       PLAINTIFF

v.                            CRIMINAL ACTION NO. 5:11CR45-R

MICHAEL BROWN, et al.                       DEFENDANTS

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Larry Fentress, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this October 11, 2011, charging the above-named defendants with violations of Title 21, United States Code, Sections 841(a)(1) and 846, be kept secret until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrants for the arrest of the defendants.

Respectfully submitted,

DAVID J. HALE
United States Attorney

Larry Fentress
Assistant U.S. Attorney