UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA                                         PLAINTIFF

vs.                                     CRIMINAL ACTION NO. 5:11CR45-R

MICHAEL BROWN, et al.                                           DEFENDANTS

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendants with violations of Title 21, United States Code, Sections 841(a)(1) and 846, is hereby ORDERED to be kept secret until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrants for the arrest of the defendants.

October 11, 2011

_____
W. DAVID KING
UNITED STATES MAGISTRATE JUDGE