# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 5:11CR-45-1-R |
| Michael Brown | ) |
| | ) USM No: 13764-033 |
| Date of Original Judgment: 8/16/2012 | ) |
| Date of Previous Amended Judgment: | ) N/A |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable, and there being no objection,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 92 months is reduced to a term of 77 months as to Count 1 in the Indictment. If on November 1, 2015, this reduced sentence is less than the amount of time the Defendant has already served, then the sentence herein shall be reduced to a "Time Served" sentence.

Except as otherwise provided, all provisions of the judgment dated  August 16, 2012  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 

*Judge's signature*

Effective Date: 11-1-2015

The Honorable Thomas B. Russell
Senior U.S. District Judge

*(if different from order date)*                     *Printed name and title*

COPIES TO: AUSA AND MICHAEL BROWN - DEFENDANT